# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**FILED**
JUL 15 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Plaintiff(s)
Mildred Barnes (Decease)

vs. (1) Larry R Edwards (Homeowner)
P.O. Box 2335
Tulsa Okla 74101

Defendant(s)

(2) F+M Property Management
7036 South Yale Ave ST E. 104
Tulsa Okla 74136

Certied Mail
#70201810000172476084

Case Number:

**22 CV - 309 GKF - SH**

## COMPLAINT

Frivolous Lawsuit
Motion for Hearing

### A. Parties

1) **Larry R Edwards**, is a citizen of **Okla**
   (Plaintiff)                                    (State)

   who presently resides at **P.O. Box 2335 Tulsa Okla**
   (mailing address if different from residence)

2) Defendant _____ is a citizen of **Tulsa Okla**
   (Name of first defendant)                (City, State)

   and is employed as _____
   (Position and title, if any)

3) Defendant _____ is a citizen of _____
   (Name of second defendant)              (City, State)

   and is employed as _____
   (Position and title, if any)

[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]

### B. Jurisdiction

1) Jurisdiction is asserted pursuant to:

### C. Nature of Case

1) Briefly state the background of your case:
   Bankruptcy Discharge: Violation of Bankruptcy Law
   Federal Debt Collection Practices Act: Violation of 15 USC 1692 D
   15 USC 1692 E and 15 USC 1692 F

### D. Cause of Action

I allege the following:

1. Defendant Violated Three Provision of The (F.D.C.P.A.)
   Natural Result (Harass, Oppress, and Abuse) False, deceptive, Misleading Represent

Complaint                                1                          no summons 1 pd                CV-05 (12/05)

Unfair Unconscionable Collector Attempt To Collect Debt.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Violation of Bankruptcy Procedure
Statute of Limitation

2. Debt Collector Legally Pursue old Debt
(Five years) Time-Barred)

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

3. Frivolous claim : Lacks Any Arguable Basis
Either in Law or In Fact: Sued Without Any
Reasonable Investigation of the Facts

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

E. Request for Relief

I believe that I am entitled to the following relief:

Return of Property (828 N Wacc), Any Cost Plaintiff
If needed The Cost of Attorney of

Larry R Edwards
Original Signature of Plaintiff

Larry R Edwards
Current Address

P.O. Box 2335
City

Tulsa    OK    74101

Telephone

Complaint        2        CV-05 (12/05)

8. On all future pleadings submitted to the Court for filing, you must furnish the opposing party or his attorney with a copy of the pleading, and you must include a "Certificate of Service" on the original pleading. A certificate of service states the date a copy of the document was mailed to the opposing party or his attorney and the address to which it was mailed. Any pleading received which fails to include a certificate of service may be disregarded by the Court and returned by the Clerk.

A certificate of service may be in the following form:

I hereby certify that a copy of the above pleading/document

was mailed to <u>opposing party or attorney</u>  F+M Property Management

at <u>address, city, state, zip</u>  7030 South Yale Ave STE 104 Tulsa, OK 74136

on <u>date</u>, 20__.

(Your signature as Plaintiff)  Larry R Edwards

9. The United States Magistrates, the Clerk of Court, and deputy Clerks are officers of the court and are prohibited from giving legal advice. Questions of this nature should be directed to an attorney.

10. A copy of the Local Civil Rules of the United States District Court for the Northern District of Oklahoma is available upon request from the Clerk.

**Instructions For Summons:**

(The numbers correspond with the information requested on the form.)

1. Your name. Larry R Edwards
2. Name of the first defendant in your complaint. F+M. Property Management
3. Name and address of the individual defendant you wish to sue. You are reminded that you must fill out one summons with the name of each defendant you wish to sue.
4. Your name and address. Larry R Edwards
   PO Box 2335
   Tulsa Okla 74101

**Instructions for USM-285 Form:**

(The numbers correspond with the information requested on the form.)

1. Your name.
2. Name of the first defendant in your complaint.
3. Name and address of the individual defendant you wish to sue. You are reminded that you must fill out one USM-285 Form for each person (defendant) you wish to sue.
4. Your name and address.
5. Sign and check the appropriate box. Unless you sign each USM-285 Form, the Clerk will not forward it to the Marshal for service.
6. Fill in telephone number and date.

Case 04-13003-M    Document 7    Filed in USBC ND/OK on 08/26/04    Page 1 of 3
Case 4:22-cv-00309-GKF-SH    Document 1 Filed in USDC ND/OK on 07/15/22    Page 4 of 6
B18 (9/97)

# United States Bankruptcy Court
## Northern District of Oklahoma

In Re:
Mildred Louise Barnes
215 E 35th St North
Tulsa, OK 74126

Case No.: 04-13003-M

Chapter: 7

Debtor

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: August 24, 2004

Terrence L. Michael
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

chapter          in         sec
                            501

BA SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| District/off: 1085-4 | User: cking | Page 1 of 1 | Date Rcvd: Aug 24, 2004 |
| Case: 04-13003 | Form ID: b18 | Total Served: 27 | |

The following entities were served by first class mail on Aug 26, 2004.
```
db         +Mildred Louise Barnes,   215 E 35th St North,   Tulsa, OK 74106-1538
aty        +Curley Higgins,   236 E. Seminole Pl.,   Tulsa, OK 74106-4226
tr          Scott P. Kirtley,   Riggs, Abney, Neal, Turpen, Orbison,   502 West 6th Street,
              Tulsa, OK  74119-1016
smg         Oklahoma Empl. Sec. Comm.,   PO Box 53039,   Oklahoma City, OK  73152-3039
smg        +Oklahoma Tax Commission,   440 South Houston #501-B,   Tulsa, OK 74127-8913
smg        +Tulsa County Treasurer,   500 S. Denver,   Tulsa, OK 74103-3838
ust        +Office of the United States Trustee,   224 South Boulder Avenue,   Suite 225,   Tulsa, OK 74103-3026
1227561    +AMERICAN ELECTRIC POWER,   CC/O ALLIED INTERSTATE,   P.O. BOX 361343,   COLUMBUS, OH 43236-1343
1227562     AMO RECOVERIES,   P.O.BOX 100036,   KENNESAW, GA. 30156-9236
1227563    +CAPITAL AQUISITIONS MANAGEMENT CO.,   P.O. BOX 5087,   ROCKFORD,IL 61125-0087
1227564     CITIFINANCIAL,   4943 S. PEORIA AVE.,   TULSA, OK. 74105-4629
1227565     COX COMMUNICATIONS,   P.O. BOX 22126,   TULSA, OK. 74121-2126
1227566     ENTERPRISE RENT-A CAR,   433 E. MEMORIAL ROAD,   OKLAHOMA CITY, OK 73114-2273
1227567    +FORD MOTOR CREDIT CO.,   P.O. BOX 542000,   OMAHA, NE 68154-8000
1227568     GMAC,   P.O. BOX 901009,   FORT WORTH, TX. 76101-2009
1227569    +NORTHLAND GROUP INC.,   P.O. BOX 390846,   EDINA, MN 55439-0846
1227570    +OKLAHOMA NATURAL GAS,   C/O CREDIT SYSTEMS INTERNATIONAL,   P.O. BOX 1088,
              ARLINGTON, TX 76004-1088
1227571    +SHERMAN ACQUISITIONS, LP,   C/O LOVE, NIXON & BEAL,   6613 N. MERIDIAN,   P.O. BOX 32738,
              OKLAHOMA CITY, OK 73123-0938
1227572    +TRANSWORLD SYSTEMS, INC.,   4200 SKELLY DRIVE #351,   TULSA, OK 74135-3204
1227573     TULSA REGIONAL MEDICAL CENTER,   DEPT. 550,   PATIENT ACCOUNTS,   TULSA, OK. 74182-0550
1227574     TYCO,   ADT SECURITY SERVICES,   P.O. BOX 650485,   DALLAS, TX. 75265-0485
1237135    +Tulsa Postal FCU,   1419 S. Denver,   Tulsa, OK 74119-3400
1227576     U.S. CELLULAR,   P.O. BOX 650684,   DALLAS, TX. 75265-0684
1227575     UNITED RECOVERY SYSTEMS,   P.O. BOX 630339,   HOUSTON, TX. 77263-0339
1227577     VISA,   P.O. BOX 31279,   TAMPA, FL. 33631-3279
1227578     WORLD PUBLISHING CO.,   P.O. BOX 22129,   TULSA, OK. 74121-2129
```

The following entities were served by electronic transmission on Aug 25, 2004 and receipt of the transmission was confirmed on:
```
smg         EDI: IRS.COM Aug 25 2004 07:54:00   Internal Revenue Service,   Special Procedures Staff,
              55 N. Robinson, Stop 5024,   Oklahoma City, OK  73102-9226
```
                                                                                                TOTAL: 1

***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2004                Signature: _Joseph Speetjens_



## DEATH NOTICES - Tulsa World (OK) - December 7, 2013

December 7, 2013 | Tulsa World (OK) | Staff Writer

TULSA

Amey, Lois, 73, homemaker, died Thursday. Services pending. Jack's.

**Barnes, Mildred** Lee, 82, died Tuesday. Service 10 a.m. Dec. 14, Faith, Hope & Charity Christian Church. Keith D. Biglow.

Dooley, Lynna, 63, died Thursday. Services pending. Reynolds.

Fouts, Alvinia L., 92, died Friday. Services pending. Shipman's, Pryor.

Harper, Glenda, 54, homemaker, died Nov. 24. Private family services. Mark Griffith-Westwood.

Klotz, Edith, 94, retired, died Nov. 29. Private family services. Kennedy-Midtown.

Manweiler, Dean, 66, truck driver, died Nov. 30. Private family services. Mark Griffith- Westwood.

Mayer, Carolyn, 76, retired,

died Friday. Services pending. Kennedy-Midtown.

Mays, Ruth O., 91, homemaker, died Thursday. Private family services. Floral Haven, Broken Arrow.

Reed, Jimmie L., 87, caregiver, died Nov. 30. Service 1 p.m. Saturday, Dyer Funeral Home Chapel.

Schumacher, Lena L., 98, home-maker, died Dec. 2. Service 1 p.m. Monday, Mark Griffith- Westwood Funeral Home Chapel.

Shoemaker-Clark, Wanda Lee, 81, homemaker, died Thursday. Services pending. Moore's Southlawn.

Strickland, Colleen, 88, home-maker, died Friday. Services pending. Moore's Eastlawn.

Vann, Martin Lee, 68, retired Tulsa police officer, died Friday. Services pending. Rose Hill.

Welch, Neva Jo, 80, homemaker, died Sunday. Memorial service 3 p.m. Thursday, Redeemer Covenant Church. Fitzgerald Southwood Colonial.

Williams, Eligah, 88, chef, died Friday. Services pending. Jack's.